**Order entered January 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00413-CR

**VINCENT PASCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-59001-Y**

## ORDER

On December 15, 2014, this Court ordered Sharon Hazlewood, then official court reporter of the Criminal District Court No. 7, to file by 4:00 p.m. on Friday, December 19, 2014, State's Exhibit no. 42 and Defendant's Exhibit no. 1. Ms. Hazlewood has not complied with that order.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file State's Exhibit no. 42 and Defendant's Exhibit no. 1, by **4:00 p.m. on FRIDAY, JANUARY 9, 2015**. *We further **ORDER** that Sharon Hazlewood not sit as a court reporter for any court until she has filed the exhibits in this appeal.*

The December 15, 2014 order also ordered the trial court to prepare and file by December 23, 2014, a certification of appellant's right to appeal, as required by the Texas Rules of

Appellate Procedure.  *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).  To date, we have not received the certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file, by **JANUARY 12, 2015** a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

Appellant's brief is due by **JANUARY 30, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; Felicia Pitre, Dallas County District Clerk; the Dallas County Auditor's Office; and to counsel for all parties.


/s/      ADA BROWN
          JUSTICE